IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01323-WYD-KLM

LASONDRA ROLLINS,

      Plaintiff,

v.

ZELLER ASSOCIATES, LLC,

      Defendant.

## ORDER OF DISMISSAL

In accordance with the Notice of Withdrawal of Complaint and Voluntary Dismissal of Action Without Prejudice Pursuant to Rule 41(a) filed November 12, 2013, it is

ORDERED that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:  November 12, 2013

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Senior United States District Judge